IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY DEAN REED, et al.,                No. CIV.S-06-2387 MCE DAD PS

        Plaintiffs,

   v.                                    ORDER

KERN COUNTY POLICE DEPARTMENT, et al.,

        Defendants.
_____/

        Plaintiff, proceeding in this action pro se, initiated this action by filing her complaint on October 30, 2006.  However, plaintiff has neither filed a completed application to proceed in forma pauperis nor paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of this order plaintiff shall pay the appropriate filing fee or submit an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).  The Clerk of the Court is directed to send plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit along with a copy of this order.  Plaintiff is forewarned

1

1 that the failure to timely comply with the terms of this order will
2 result in a recommendation that this action be dismissed.
3 DATED: November 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\reed2387.ifp.fee