IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY DEAN REED, et al.,   No. CIV.S-06-2387 MCE DAD PS

    Plaintiffs,

  v.   ORDER TRANSFERRING ACTION

KERN COUNTY POLICE DEPARTMENT, et al.,

    Defendants.

_____/

    On October 30, 2006, plaintiff Mary Dean Reed, a pretrial detainee confined in the Lerdo Women's Pretrial Detention Center, filed a pro se complaint alleging a violation of her civil rights pursuant to 42 U.S.C. § 1983.  On November 17, 2006, plaintiff filed an application to proceed in forma pauperis, although no certified trust account statement has been provided by plaintiff's institution.  See 28 U.S.C. § 1915.

    In her complaint, plaintiff names numerous government entities, all located in Kern County or Los Angeles County, as defendants.  Liberally construed, the complaint alleges that public

1

1 agencies and their employees in Kern and Los Angeles Counties entered
2 into a conspiracy to have plaintiff improperly charged with a battery
3 and to otherwise violate her civil rights.[1]  Kern County is part of
4 the Fresno Division of the United States District Court for the
5 Eastern District of California.  <u>See</u> Local Rule 3-120(d).  A civil
6 action that has not been commenced in the proper division of this
7 court may, on the court's own motion, be transferred to the proper
8 division of the court.  <u>See</u> Local Rule 3-120(f).  This action will
9 therefore be transferred to the Fresno Division of the court for
10 further proceedings.

11         Good cause appearing, IT IS HEREBY ORDERED that:

12         1.  This action is transferred to the United States
13 District Court for the Eastern District of California sitting in
14 Fresno; and

15         2.  All future filings shall reference only the new Fresno
16 case number to be assigned to this case and shall be filed at:

            United States District Court
            Eastern District of California
            2500 Tulare Street
            Fresno, CA 93721

20 DATED: December 18, 2006.

                          _____
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

23 DAD:th
Ddad1\orders.prose\reed2387.transfer

---

25   [1] Plaintiff filed at least two other actions against the same
defendants: No. CIV.S-06-2386 MCE GGH PS and No. CIV.S-06-2399 DFL
26 DAD P.

2